

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2019

No. 04-19-00245-CR

Vanessa **CAMERON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR4286C
The Honorable Velia J. Meza, Judge Presiding

# O R D E R

The appellate record reflects that after the trial court denied the defendant's motion to suppress in part and granted it in part, the defendant requested findings of fact and conclusions of law. The court of criminal appeals held in *State v. Cullen* that, "upon request of the losing party on a motion to suppress evidence, the trial court shall state its essential findings. By 'essential findings' we mean that the trial court must make findings of fact and conclusions of law adequate to provide an appellate court with a basis upon which to the review the trial court's application of the law to the facts." *State v. Cullen,* 195 S.W.3d 696, 699 (Tex. Crim. App. 2006). We have reviewed the clerk's record and the reporter's record to determine if the trial court made the requested findings and conclusions. *See id.* (holding findings and conclusions need to be recorded in some way, whether written out and filed by the trial court, or stated on the record at the hearing). No findings of fact or conclusions of law related to the motion to suppress appear in the appellate record.

Appellant has filed a motion to abate the appeal to permit the trial court to make the requested findings of fact and conclusions of law. *See* TEX. CODE CRIM. PROC. ANN. art. 38.22 § 6; *see also State v. Elias*, 339 S.W.3d 667, 680 (Tex. Crim. App. 2011) (when timely request for findings of fact and conclusions of law was made, appellate court must abate the appeal and remand case to trial court). Appellant's motion is GRANTED.

Accordingly, this appeal is ABATED, and the trial court is ORDERED to make findings of fact and conclusions of law with respect to the motion to suppress *within thirty (30) days* from the date of this order. The findings of fact and conclusions of law may be in the form of written

findings or oral findings made at a hearing in open court with all counsel present. If the trial court makes written findings, we ORDER the trial court clerk to prepare and file a supplemental clerk's record containing the trial court's written findings *on or before the fifteenth (15th) day* from the date of the trial court's findings. If the trial court makes oral findings on the record in open court, we ORDER the court reporter to prepare and file a supplemental reporter's record of the hearing *on or before the fifteenth (15th) day* from the date of the hearing.

All appellate deadlines are suspended pending further order of this court. Appellant's motion for extension of time to file the appellant's brief filed in this court on October 31, 2019 is MOOT.

The Clerk of this court is instructed to serve a copy of this order on the trial court, the trial court clerk, the court reporter, and all counsel.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court